# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2023 MAR 17 PM 4: 25

United States of America
v.

CUNWEN ZHU
*Defendant*

Case No. 3:23-mj-1158-JBT

FILED 2023 MAR 22 PM 3: 44 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CUNWEN ZHU ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1960 Conducting an unlicensed money transmitting business

18 U.S.C. § 1343 Wire Fraud

Date: 3/17/23

*Issuing officer's signature*

City and state: Jacksonville, Florida

Joel B. Toomey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/17/23 , and the person was arrested on *(date)* 3/20/23
at *(city and state)* Los Angeles, CA .

Date: 3/22/23

*Arresting officer's signature*

VANESSA [illegible], DA USMS
*Printed name and title*